UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

YOGESH K.,[1]

Petitioner,

v.

WARDEN CENTRAL VALLEY ANNEX DETENTION FACILITY, et al.,

Respondents.

No. 1:26-cv-07635-TLN-CKD

A# 240-243-351

**RELEASE ORDER**

Petitioner, an immigration detainee proceeding through counsel filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 2, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. (ECF No. 9.) Respondents filed objections to the findings and recommendations. (ECF No. 10.) Petitioner filed a reply to the objections. (ECF No. 11.)

---

[1] The Court omits Petitioner's full name to protect sensitive personal information. *See* Memorandum Re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Respondents appear to claim for the first time on objections that Petitioner violated his terms of release, but Respondents do not state the alleged violation, provide any evidence of such violation. (ECF No. 10.) Rather, the magistrate judge found that Petitioner had not committed any crimes while on release. (ECF No. 9.) Moreover, Respondents do not make any argument that such purported violation would justify detention without a hearing. Accordingly, Respondents' objections do not persuade this Court to deviate from the magistrate judge's findings and recommendations, which are consistent with this Court's numerous prior orders.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations (ECF No. 9) are ADOPTED in full.

2. The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED.

3. Respondents are ordered to IMMEDIATELY RELEASE Petitioner YOGESH K. (A# 240-243-351) from custody and to return all of Petitioner's documents and possessions at the time of release. Respondents shall file a **notice certifying compliance** with this provision **within 2 court days of the date of this Order**.

4. Respondents are ENJOINED from re-detaining Petitioner, while subject to 8 U.S.C. § 1226(a), absent compliance with statutory and constitutional protections, including a minimum of seven-days' notice and a pre-deprivation hearing before a neutral factfinder where the government must establish by clear and convincing evidence that its interest in protecting the public or ensuring Petitioner appears at future immigration proceedings outweighs Petitioner's constitutionally protected interest in remaining free from detention such that no alternative to detention can mitigate that risk. *See Zadvydas v. Davis*, 533 U.S. 678, 690 (2001); *Hernandez v. Sessions*, 872 F.3d 976, 990 (9th Cir. 2017). At any such hearing, Petitioner shall be allowed to have counsel present.

5. The Clerk of Court is directed to serve a copy of this Order on **Central Valley Annex**,

enter judgment in favor of Petitioner, and close this case.

IT IS SO ORDERED.

DATE: October 19, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE